OPINION — AG — ** EXAMINATION — EMBALMER — LICENSE ** CAN A PERSON, OTHERWISE QUALIFIED, BUT WHO IS UNDER THE AGE OF 21 YEARS OLD, BE ELIGIBLE TO TAKE AN EXAMINATION FOR AN EMBALMER'S LICENSE AND/OR A FUNERAL DIRECTOR'S LICENSE UNDER THE PROVISIONS OF 59 O.S. 396.3 [59-396.3] ? — NEGATIVE CITE: OPINION NO. MAY 17, 1949 — FROST, 59 O.S. 396.3 [59-396.3] (FRED HANSEN)